```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

Russell Surette,
        Plaintiff,

   v.                                CIVIL ACTION
                                              No. 10-11102-NMG

Mattrix Initiatives, et al.,
        Defendant,


## ORDER OF RECUSAL

GORTON, D.J.

    Because Judge Gorton owns a number of shares of stock of Costco Wholesale Corporation and has been alerted to a conflict by reference to his conflict checking report, he hereby recuses himself from this case.  The case will be redrawn to another district judge in the Eastern Division.


                                  BY ORDER OF THE COURT,


                                  /s/Craig J. Nicewicz
                                  Deputy Clerk

Dated: 7/8/10